# COVER SHEET

Name of Petitioner - Nathan G. DuBray
Petitioners Inmate No. - 39395
Petitioners Address -  James River Correctional Center
2521 Circle Drive
Jamestown, ND 58401


Name of Respondent - CHAD PRINGLE, WARDEN
Respondents Address - James River Correctional Center
2521 Circle Drive
Jamestown, ND 58401


Grand Forks Criminal Case No. 18-2012-CR-01960
Post-Conviction Relief Case No. 18-2014-CV-00960
North Dakota Supreme Court No. 20140428

Dubray v. State, 2015 ND 44