Nathan DuBray # 393395
JRCC
2521 Circle Drive
Jamestown ND
58401

The writer of this letter is an inmate of a penal institution.

Office of the Clerk
United States District Court
655 First Avenue North, Suite 130
Fargo, ND
58102-4932

